UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA HOLDER,

    Plaintiff(s),

v.

C.R. BARD, INC., et al.,

    Defendant(s).

Case No. <u>4:22-CV-04653-HSG</u>

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

    I, <u>Matthew B. Lerner</u>, an active member in good standing of the bar of <u>Georgia and Florida</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Defendants</u> in the above-entitled action. My local co-counsel in this case is <u>Shawtina F. Lewis</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>259255</u>.

<u>201 17th Street, Suite 1700, Atlanta, GA   30363</u>
MY ADDRESS OF RECORD

<u>404.322.6158</u>
MY TELEPHONE # OF RECORD

<u>matthew.lerner@nelsonmullins.com</u>
MY EMAIL ADDRESS OF RECORD

<u>19191 S. Vermont Ave., Ste 900, Torrance, CA 90502</u>
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

<u>424.221.7400</u>
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

<u>shawtina.lewis@nelsonmullins.com</u>
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>446986 and 548618</u>.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court <u>one</u> time in the 12 months preceding this application.


American LegalNet, Inc.
www.FormsWorkFlow.com

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2022                                    /s/ Matthew B. Lerner
                                                          APPLICANT
                                                          MATTHEW B. LERNER

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Matthew B. Lerner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/22/2022

_____
UNITED STATES DISTRICT JUDGE



## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ *Matthew B. Lerner*
Matthew B. Lerner



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

**850/561-5600**
www.FLORIDABAR.org

State of Florida    )

County of Leon    )         In Re:   0548618
Matthew Brian Lerner
Nelson Mullins Riley & Scarborough LLP
201 17th St NW Ste 1700
Atlanta, GA 30363-1099

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 23, 2002**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 16th day of **August**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-194783



**State Bar of Georgia**

*Lawyers Serving the Public and the Justice System*

Mr. Matthew B. Lerner
**Nelson Mullins Riley & Scarborough LLP**
**201 17th Street NW Suite 1700**
**Atlanta, GA  30363**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 11/02/2001 |
| **BAR NUMBER:** | 446986 |
| **TODAY'S DATE:** | 08/16/2022 |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-9910
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435